FILED
Clerk
District Court

DEC -2 2005

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 98-00045 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| BIN RU CHEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorneys of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this  2nd  day of  Dec. , 2005.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187

# EXHIBIT AND WITNESS LIST

| United States of America vs. Bin Ru Chen | | District Court Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| Plaintiff's Attorney<br>Daviad T. Wood, AUSA | Defendant's Attorney<br>Reynaldo Yana, Esq. | Docket Number  CR-98-00045<br>Trial Date(s) April 26, 1999 thru April 30, 1999 |
| Presiding Judge<br>Honorable Alex R. Munson | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>K. Lynn Lemieux |

FILED  Clerk District Court  APR 3 0 1999  For The Northern Mariana Islands  By _____ (Deputy Clerk)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 4-26-99 | 4-26-99 | 4-26-99 | PHILLIP G. GOODWIN |
| 1 | | 4-26-99 | 4-26-99 | 4-26-99 | Interview Log - Arrest of Bin Ru Chen |
| W2 | | 4-26-99 | 4-26-99 | 4-26-99 | RICHARD LIZAMA |
| W3 | | 4-26-99 | 4-26-99 | 4-26-99 | CHARLES P. REYES |
| 2 | | 4-26-99 | 4-26-99 | 4-26-99 | Advice of Rights - in Chinese |
| 3 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Rongjian Xiao |
| 4 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Rongjian Xiao |
| 5 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Rongjian Xiao |
| 6 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Chang Tang Xu |
| 7 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Chang Tang Xu |
| 8 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Chang Tang Xu |
| 9 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Qi Iun Xu |
| 10 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Qi Iun Xu |
| 11 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Qi Iun Xu |
| 12 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Xinben Chen |
| 13 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Xinben Chen |
| 14 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Xinben Chen |
| 15 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Xiao Ming Li |
| 16 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Xiao Ming Li |
| 17 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Xiao Ming Li |
| 18 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Li Ce Wu |
| 19 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Li Ce Wu |
| 20 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Li Ce Wu |
| 21 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Bing Yan Li |
| 22 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Bing Yan Li |
| 23 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Bing Yan Li |
| 24 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Yan Jun Chen |
| 25 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Yan Jun Chen |
| 26 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Yan Jun Chen |
| 27 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Rong Shao Li |
| 28 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Rong Shao Li |
| 29 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Rong Shao Li |
| 30 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - De Wen Luo |



AO 187

# EXHIBIT AND WITNESS LIST

| United States of America vs. Bin Ru Chen | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| Plaintiff's Attorney<br>Daviad T. Wood, AUSA | Defendant's Attorney<br>Reynaldo Yana, Esq. | Docket Number   CR-98-00045<br>Trial Date(s)  April 26, 1999 thru April 30, 1999 |
| Presiding Judge<br>Honorable Alex R. Munson | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 31 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - De Wen Luo |
| 32 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - De Wen Luo |
| 33 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Shao Tai Feng |
| 34 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Shao Tai Feng |
| 35 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Shao Tai Feng |
| 36 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Ren Hong Zhao |
| 37 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Ren Hong Zhao |
| 38 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Ren Hong Zhao |
| 39 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Fang Ming Liang |
| 40 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Fang Ming Liang |
| 41 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Fang Ming Liang |
| 42 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Long Si Lin |
| 43 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Long Si Lin |
| 44 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Long Si Lin |
| 45 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Shun Ping Xie |
| 46 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Shun Ping Xie |
| 47 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Shun Ping Xie |
| 48 | | 4-26-99 | 4-26-99 | 4-26-99 | Non-Resident Workers Affidavit - Yan Bang Xiao |
| 49 | | 4-26-99 | 4-26-99 | 4-26-99 | Employment Contract - Yan Bang Xiao |
| 50 | | 4-26-99 | 4-26-99 | 4-26-99 | Authorization for Entry - Yan Bang Xiao |
| 51 | | 4-27-99 | 4-27-99 | 4-27-99 | Summary of Calls - Bin Ru Chen |
| | W4 | 4-27-99 | 4-27-99 | 4-27-99 | ANTHONY MOSLEY |
| | W5 | 4-27-99 | 4-27-99 | 4-27-99 | RONG JIAN XIAO |
| 53 | | 4-27-99 | 4-27-99 | 4-27-99 | Application for Temporary Work Authorization (Rong Jian Xiao) |
| | W6 | 4-27-99 | 4-27-99 | 4-27-99 | CHANG TANG XU |
| | W7 | 4-27-99 | 4-27-99 | 4-27-99 | QI LUN XU |
| | W8 | 4-28-99 | 4-28-99 | 4-28-99 | XIN BEN CHEN |
| | W9 | 4-28-99 | 4-28-99 | 4-28-99 | XIAO MING LI |
| | W10 | 4-28-99 | 4-28-99 | 4-28-99 | LI CE WU |
| 54 | | 4-28-99 | 4-28-99 | 4-28-99 | Document in Chinese Language |
| | W11 | 4-28-99 | 4-28-99 | 4-28-99 | BING YAN LI |
| 55 | | 4-29-99 | 4-29-99 | 4-29-99 | Log-Out Sheet used by Charles Pangelinan Reyes |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

# EXHIBIT AND WITNESS LIST

Page 1 of 2 Pages AO 187

| | United States of America vs. Bin Ru Chen | | | | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|---|---|---|---|
| | Plaintiff's Attorney<br>Daviad T. Wood, AUSA | | | Defendant's Attorney<br>Reynaldo Yana, Esq. | | Docket Number   CR-98-00045<br>Trial Date(s) April 26, 1999 thru April 30, 1999 |
| | Presiding Judge<br>Honorable Alex R. Munson | | | Court Reporter<br>Sanae Shmull | | Courtroom Deputy<br>K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W12 | | 4-29-99 | 4-29-99 | 4-29-99 | YAN QUING CHEN |
| W13 | | 4-29-99 | 4-29-99 | 4-29-99 | RONG SHAO LI |
| W14 | | 4-29-99 | 4-29-99 | 4-29-99 | DE WEN LUO |
| W15 | | 4-29-99 | 4-29-99 | 4-29-99 | SHAO TAI FENG |
| W16 | | 4-29-99 | 4-29-99 | 4-29-99 | REN HONG ZHAO |
| W17 | | 4-29-99 | 4-29-99 | 4-29-99 | FANG MING LIANG |
| W18 | | 4-29-99 | 4-29-99 | 4-29-99 | LONG SI LIN |
| W19 | | 4-29-99 | 4-29-99 | 4-29-99 | SHUN PING XIE |
| W20 | | 4-29-99 | 4-29-99 | 4-29-99 | YAN BANG XIAO |
| 52 | | 4-29-99 | 4-29-99 | 4-29-99 | Payment receipt for Yan Bing Xiao |
| | W1 | 4-30-99 | 4-30-99 | 4-30-99 | PHILLIP G. GOODWIN |
| | W2 | 4-30-99 | 4-30-99 | 4-30-99 | TIMOTHY SKINNER |
| | W3 | 4-30-99 | 4-30-99 | 4-30-99 | HUANG ZHONG LIN |
| | W4 | 4-30-99 | 4-30-99 | 4-30-99 | CHEN BIN RU |
| | A | 4-30-99 | 4-30-99 | 4-30-99 | X-Ray's of Bin Ru Chen |
| | B | 4-30-99 | 4-30-99 | 4-30-99 | Passport of Bin Ru Chen  **Copy only - original released 1/16/01 |